JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YEONG LEE,<br>Plaintiff,<br>v.<br>MINDY YANG QUICK, et al.,<br>Defendants. | Case No. SA CV 26-1184 FMO (ADSx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 17th day of August, 2026.

/s/
Fernando M. Olguin
United States District Judge